

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-13-00246-CV**

IN RE TOMAS ESPINOSA AND                                    RELATORS
MARTHA ESPINOSA

------------

ORIGINAL PROCEEDING

------------

**MEMORANDUM OPINION**[1]

------------

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

PER CURIAM

PANEL: GARDNER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

GABRIEL, J. would request a response.

DELIVERED: July 29, 2013

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).